**95–367.** Medina v. Perumbeti. *Cuyahoga County*, No. 66732. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. It appears from the records of this court that appellants have not filed a merit brief, due August 21, 1995, in compliance with the Rules of Practice of the Supreme Court and therefore have failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective August 25, 1995.

**95–1331.** State ex rel. Jackson v. Wilkinson. *Franklin County*, No. 94APD12–1789. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. It appears from the records of this court that appellant has not filed a merit brief, due August 23, 1995, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective August 25, 1995.

*Wednesday, August 30, 1995*

## MOTION DOCKET

**94–2511.** Roberts v. United States Fid. & Guar. Co. *Erie County*, No. E–93–35. This cause is pending before the court as an appeal and cross-appeal from the Court of Appeals for Erie County. Upon consideration of appellant/cross-appellee's motion for leave to file reply memorandum in support of motion to reject appellee/cross-appellant's merit brief,

IT IS ORDERED by the court that the motion be, and hereby is, denied, effective August 29, 1995.

## RECONSIDERATION DOCKET

**95–997.** LaGuta v. Anderson. *Richland County*, No. 95–CA–16. Reported at 72 Ohio St.3d 1555, 651 N.E.2d 1013. On August 23, 1995, appellant filed a motion for relief from judgment. Appellant's motion is, in substance, a request for reconsideration of this court's entry of July 13, 1995, and, as such, is untimely. S.Ct.Prac.R. XIV(1)(C) prohibits the filing of a document that is not timely tendered for filing. Accordingly,

IT IS ORDERED by the court, *sua sponte*, that appellant's motion for relief from judgment be and hereby is, stricken, effective August 29, 1995.

**95–1033.** State v. Collins. *Cuyahoga County*, No. 64186. Reported at 72 Ohio St.3d 1556, 651 N.E.2d 1013. IT IS ORDERED by the court that the motion for reconsideration of this court's dismissal for want of prosecution be, and is hereby, denied, effective August 29, 1995.

**95–1208.** State v. Sledge. *Summit County*, No. 15293. Reported at 73 Ohio St.3d 1430, 652 N.E.2d 1031. IT IS ORDERED by the court that the motion for reconsideration of this court's dismissal for want of prosecution be, and is hereby, denied, effective August 29, 1995.

## MISCELLANEOUS DISMISSALS